AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Trustees of the Rhode Island Laborers

V.

South Shore Utility

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 024S

TO: (Name and address of Defendant)

South Shore Utility
~~44 Maria Avenue~~
~~Johnston, R.I. 02919~~
220-BUTTON HOLE DR.
PROVIDENCE, R.I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter J. Comerford
Coia & Lepore, Ltd.
226 South Main Street
Providence, R.I. 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Francis McCabe DATE 1/21/05

(By) DEPUTY CLERK

(2)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 2-1-05 |
|---|---|
| NAME OF SERVER *(PRINT)* GEORGE SANTOPIETRO | TITLE CONSTABLE #6152 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: SOUTH SHORE UTILITY, 200 BUTTON HOLE DR, PROVIDENCE, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-1-05
Date

George Santopietro
Signature of Server

15 Telford Road, Barrington, R.I.
Address of Server

FILED
2005 FEB -7 A 11: 39
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.