**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024s**

**SOUTH SHORE UTILITY**

# APPLICATION TO CLERK FOR ENTRY OF FINAL JUDGMENT

The Plaintiff in the above-entitled action, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for entry of Judgment by Default against the Defendant, South Shore Utility. Application has previously been made to the Clerk for Entry of Default, the Defendant having failed to plead or otherwise defend. Judgment is sought for a sum certain, based on the annexed Affidavit of Ronald M. Coia and the Exhibits attached thereto, together with interest and costs. Plaintiff has previously furnished an Affidavit regarding the Defendant's competency and non-military service.

Plaintiff,

By its Attorneys,

***Coia & Lepore, Ltd.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024s**

**SOUTH SHORE UTILITY**

**AFFIDAVIT OF RONALD M. COIA**

I, Ronald M. Coia, duly sworn, deposes and states as follows:

1. I am the business Manager of the Rhode Island Laborers' District Council ("the District Council").

2. The District Council handles collection of delinquent benefit payments on behalf of the Plaintiffs in the above-referenced action.

3. Pursuant to the applicable collective bargaining agreement, contractors are required to file monthly reports, which are under penalty of perjury, pursuant to 18 U.S.C. §1027.

4. Defendant herein has filed the attached reports indicating the benefits and dues payable to the Plaintiffs for the period from October 2004 through February, 2005.

5. The attached exhibits, collectively set forth as Exhibit "1", are true copies of the originals filed by the Defendant with the agent for the Plaintiffs herein.

6. As set forth in said reports, Defendant owes Plaintiffs the sum of One Hundred Seventy-Two Thousand Four Hundred Forty Seven Dollars and Twenty Cents ($172,447.20) in benefits and Eight Thousand Nine Hundred Forty-three Dollars and Twenty Cents ($8,943.20) in dues, for a total of One Hundred Eighty-One Thousand Three Hundred Ninety Dollars and Forty Cents ($181,390.40).

7. No part of this sum has been paid despite due demand thereof.

Signed under the pains and penalties of perjury, on this 27th day of May, 2005.

RONALD M. COIA

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me in Providence, on this 27th day of May, 2005.

Notary Public

PETER J. COMERFORD
Notary Public
Comm. Exp. 3/11/08

Please Print Name

My Commission Expires:

# RHODE ISLAND LABORERS' BENEFIT FUNDS

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

## EMPLOYER'S REMITTANCE REPORT

7777 | L68 | SSUCI

ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH: 10/5-04 (11-5-04)

NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH:

FIRM NAME AND ADDRESS

SOUTH SHORE UTILITY
44 MARIA AVENUE
JOHNSTON RI 02919

month of October 2004

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 39-48-5632 | ARCHAMBAULT | MICHAEL | 0271 | 0 | 0 | 0 | 0 | 0 | | |
| 39-52-7499 | BAKER | JOHN J | 0271 | 41.5 | 32 | 48 | 46.5 | 168 | | |
| 37-60-2746 | CABRAL | MANUEL | 0271 | 42.5 | 43 | 49 | 44.5 | 179 | | |
| 39-40-3751 | CORREIA | MICHAEL P | 0271 | 49 | 36 | 45 | 45.5 | 175.5 | | |
| 35-40-2700 | COSTA | FRANK | 0271 | 53.5 | 49.5 | 44 | 55.5 | 202.5 | | |
| 29-52-3635 | DASILVA | JOSE | 0547 | 46 | 52 | 40 | 49 | 169 | | |
| 18-48-4765 | DEALMEIDA | AGOSTINHO | 0271 | 46 | 49 | 40 | 49 | 184 | | |
| 38-30-6557 | FARRAR | DUANE | 0271 | 52 | 39 | 41 | 50 | 182 | | |
| 36-40-2525 | MATTERA | JOHN | 0271 | 42 | 52 | 48.5 | 59 | 201.5 | | |
| 38-34-0742 | MILEWSKI | THOMAS | 0271 | 49 | 44 | 49 | 58 | 200 | | |
| 11-60-0669 | PACHECO | ALFRED O | 0673 | 42.5 | 46 | 44 | 43.5 | 176 | | |
| 16-64-0905 | PACHECO | EDWARD O | 0271 | 42.5 | 46 | 50 | 52 | 190.5 | | |
| 16-68-8164 | PACHECO | JOHN O | 0271 | 55 | 46 | 40 | 41 | 182 | | |
| 33-68-4051 | PACHECO | JEFFREY | 0610 | 55 | 45 | 47 | 61 | 208 | | |
| 30-54-5157 | POLAK | CHRISTOPHE | 0271 | 51 | 56 | 61 | 63 | 231 | | |
| 35-46-3615 | PRATT | JERRY | 0271 | 43 | 41 | 45 | 45.5 | 174.5 | | |
| 31-60-5356 | RAPOZA | JASON | 0271 | 44 | 32 | 40 | 52 | 168 | | |
| 39-34-0718 | RATTENNI | WILLIAM | 0271 | 0 | 0 | 0 | 0 | 0 | | |
| 38-50-2349 | Resendes | Gilbert | 271 | 40 | 40 | 40 | 40 | 160 | | |
| 21-70-5256 | DEAlmeida | Agostinho | 271 | 49.5 | 38 | 50.5 | 51 | 189 | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1 | TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 20 | TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 3338

CONTRIBUTIONS DUE:

| Fund | | Rate | | Amount |
|---|---|---|---|---|
| . PENSION FUND | @ | 4.10 | PER HOUR | $ 13,685.80 |
| . HEALTH FUND | @ | 5.20 | PER HOUR | $ 17,357.60 |
| . TRAINING FUND | @ | .35 | PER HOUR | $ 1,168.30 |
| . INDUSTRY ADVANCEMENT FUND | @ | .15 | PER HOUR | $ 500.70 |
| . LEGAL SERVICES FUND | @ | .00 | PER HOUR | $ 0 |
| . ANNUITY FUND | @ | 2.75 | PER HOUR | $ 9,179.50 |
| . LABOR-MANAGEMENT COOPERATION FUND | @ | .15 | PER HOUR | $ 500.70 |
| . HEALTH & SAFETY FUND | @ | .15 | PER HOUR | $ 500.70 |
| UNIFIED TRUST FUND | @ | .50 | PER HOUR | $ 1,669.00 |
| . CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ | .70 | PER HOUR | $ 2,336.60 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 44,562.30
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 2,336.60

– TWO SEPARATE CHECKS REQUIRED –

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE ______ TITLE ______ DATE ______

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE [DAY OF THE MONTH] FOLLO[WING] THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

7777 | L69 | SSUCI

FIRM NAME AND ADDRESS

SOUTH SHORE UTILITY
44 MARIA AVENUE
JOHNSTON RI 02919

Month of December 2004

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 12 / 4 / 04 | |

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| | EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 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 | ARCHAMBAULT | MICHAEL | 0271 | 0 | 0 | | | | | |
| 2 | 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 | BAKER | JOHN J | 0271 | 40 | 41.5 | 44.5 | 55.5 | 181.5 | | |
| 3 | 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 | CABRAL | MANUEL | 0271 | 43 | 51.5 | 46 | 44 | 184.5 | | |
| 4 | 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 | CORREIA | MICHAEL P | 0271 | 35 | 42 | 24.5 | 34 | 135.5 | | |
| 5 | 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 | COSTA | FRANK | 0271 | 56 | 55 | 44.5 | 44 | 199.5 | | |
| 6 | 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 | DASILVA | JOSE | 0547 | 41 | 47.5 | 32 | 49 | 169.5 | | |
| 7 | 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 | DE ALMEIDA | AGOSTINHO | 271 | 48 | 40 | 37 | 42.5 | 167.5 | | |
| 8 | 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 | DEALMEIDA | AGOSTINHO | 0271 | 41 | 47.5 | 40 | 54.5 | 183 | | |
| 9 | 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 | FARRAR | DUANE | 0271 | 50 | 51 | 25 | 39 | 165 | | |
| 10 | 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 | MATTERA | JOHN | 0271 | 49 | 40 | 41.5 | 40 | 170.5 | | |
| 11 | 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 | MILEWSKI | THOMAS | 0271 | 49.5 | 40 | 40 | 43.5 | 173 | | |
| 12 | 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 | PACHECO | ALFRED O | 0673 | 43 | 44 | 42 | 45.5 | 174.5 | | |
| 13 | 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 | PACHECO | EDWARD O | 0271 | 43 | 47 | 46 | 47.5 | 184.5 | | |
| 14 | 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 | PACHECO | JOHN O | 0271 | 42 | 44.5 | 43.5 | 42 | 172 | | |
| 15 | 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 | PACHECO | JEFFREY | 0610 | 54.5 | 57 | 33.5 | 55.5 | 200.5 | | |
| 16 | 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 | POLAK | CHRISTOPHE | 0271 | 60.5 | 59.5 | 56.5 | 56.5 | 233 | | |
| 17 | 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 | PRATT | JERRY | 0271 | 42.5 | 42 | 40.5 | 43 | 168 | | |
| 18 | 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 | RAPOZA | JASON | 0271 | 40 | 41 | 32 | 41 | 154 | | |
| 19 | 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 | RATTENNI | WILLIAM | 0271 | 0 | 0 | 0 | 0 | | | |
| 20 | 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 | RESENDES | GILBERTO | 0271 | 40 | 40 | 40 | 40 | 160 | | |
| 21 | | | | | | | | | | | |

22 KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT
23 EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES,
24 INCLUDING FINES AND IMPRISONMENT. UNDER 18 UNITED STATES CODE SEC. 1027.
25

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 20
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 3178

**CONTRIBUTIONS DUE:**

| Fund | Rate | | Amount |
|---|---|---|---|
| A. PENSION FUND | @ 4.10 | PER HOUR | $ 13,029.80 |
| B. HEALTH FUND | @ 5.40 | PER HOUR | $ 17,161.20 |
| C. TRAINING FUND | @ .35 | PER HOUR | $ 1,112.30 |
| D. INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 476.70 |
| E. LEGAL SERVICES FUND | @ .00 | PER HOUR | $ 0 |
| F. ANNUITY FUND | @ 2.75 | PER HOUR | $ 8,739.50 |
| G. LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 476.70 |
| H. HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 476.70 |
| I. UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 1589.00 |
| J. | | | |
| K. CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 2,224.60 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 43,061.90
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 2,224.60

– TWO SEPARATE CHECKS REQUIRED –

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTI[ONS]*

SIGNATURE ____________ TITLE ____________ DATE ____________

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

7777 L69 SSUCI

FIRM NAME AND ADDRESS

SOUTH SHORE UTILITY
44 MARIA AVENUE
JOHNSTON RI 02919

Month of December

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 1 / 1 / 05 | |

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 39-48-5632 | ARCHAMBAULT | MICHAEL | 0271 | Ø | Ø | Ø | Ø | Ø | | |
| 39-52-7499 | BAKER | JOHN J | 0271 | 50 | 41 | 36 | 32 | 159 | | |
| 37-60-2746 | CABRAL | MANUEL | 0271 | Ø | 46 | 37.5 | 32 | 115.5 | | |
| 39-40-3751 | CORREIA | MICHAEL P | 0271 | 44 | Ø | Ø | Ø | 44 | | |
| 35-40-2700 | COSTA | FRANK | 0271 | 46.5 | 46 | 46.5 | 40 | 179 | | |
| 29-52-3635 | DASILVA | JOSE | 0547 | 40.5 | 46 | 32 | 32 | 150.5 | | |
| 21-70-5256 | DE ALMEIDA | AGOSTINHO | 271 | 55 | 60 | 32 | 32 | 179 | | |
| 18-48-4765 | DEALMEIDA | AGOSTINHO | 0271 | 40.5 | 46 | 40 | 40 | 166.5 | | |
| 38-30-6557 | FARRAR | DUANE | 0271 | 37.5 | 43.5 | 42.5 | 42.5 | 166 | | |
| 36-40-2525 | MATTERA | JOHN | 0271 | 40 | 41.5 | 32 | 32 | 145.5 | | |
| 38-34-0742 | MILEWSKI | THOMAS | 0271 | 43.5 | 43 | 40 | 40 | 166.5 | | |
| 11-60-0669 | PACHECO | ALFRED O | 0673 | 49 | 46.5 | 45.5 | 45.5 | 186.5 | | |
| 16-64-0905 | PACHECO | EDWARD O | 0271 | 49 | 46.5 | 45.5 | 45.5 | 186.5 | | |
| 16-68-8164 | PACHECO | JOHN O | 0271 | 40 | 46 | 40 | 40 | 166 | | |
| 33-68-4051 | PACHECO | JEFFREY | 0610 | 53 | 46.5 | 36 | 36 | 171.5 | | |
| 30-54-5157 | POLAK | CHRISTOPHE | 0271 | 60.5 | 65 | 40 | 40 | 205.5 | | |
| 35-46-3615 | PRATT | JERRY | 0271 | 44 | 43.5 | 41.5 | 40 | 169 | | |
| 31-60-5356 | RAPOZA | JASON | 0271 | 40 | 40.5 | 32 | 32 | 144.5 | | |
| 39-34-0718 | RATTENNI | WILLIAM | 0271 | Ø | Ø | Ø | Ø | Ø | | |
| 38-50-2349 | RESENDES | GILBERTO | 0271 | 40 | 40 | 40 | 40 | 160 | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 20
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 2861

**CONTRIBUTIONS DUE:**

| Fund | Rate | | Amount |
|---|---|---|---|
| . PENSION FUND | @ 4.10 | PER HOUR | $ 11,730.10 |
| . HEALTH FUND | @ 5.40 | PER HOUR | $ 15,449.40 |
| . TRAINING FUND | @ .35 | PER HOUR | $ 1,001.35 |
| . INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 429.15 |
| . LEGAL SERVICES FUND | @ .00 | PER HOUR | $ 0 |
| ANNUITY FUND | @ 2.75 | PER HOUR | $ 7,867.75 |
| . LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 429.15 |
| . HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 429.15 |
| UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 1,430.5 |
| . CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 2,002.70 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 38,766.55
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 2,002.70

– TWO SEPARATE CHECKS REQUIRED –

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE ______ TITLE ______ DATE ______

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

7777 L69 SSUCI

FIRM NAME AND ADDRESS

SOUTH SHORE UTILITY
44 MARIA AVENUE
JOHNSTON RI 02919

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 1/29/05 | 4 |

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| | EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 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 | De Almeida | Augustino | | 32 | 40 | 32 | 0 | | 104.00 | | |
| 2 | 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 | Baker, John | | | 32 | 21 | 42 | 0 | | 95.00 | | |
| 3 | 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 | Cabral, | Manuel | | 32 | 34 | 35.5 | 8 | | 109.50 | | |
| 4 | 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 | Costa | Frank | | 32 | 40 | 0 | 0 | | 72.00 | | |
| 5 | 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 | De Silva | Jose | | 33 | 32 | 40 | 0 | | 105.00 | | |
| 6 | 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 | Mattera | John | | 32.5 | 48 | 40.5 | 32 | | 153.00 | | |
| 7 | 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 | Pacheco | Alfred | | 40 | 40 | 40 | 40 | | 160.00 | | |
| 8 | 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 | Pacheco | Edward | | 40 | 40 | 40 | 41 | | 161.00 | | |
| 9 | 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 | Pacheco | Jeffrey | | 32.5 | 0 | 0 | 0 | | 32.50 | | |
| 10 | 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 | Pacheco | John | | 40 | 40 | 40 | 40 | | 160.00 | | |
| 11 | 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 | Polak | Christopher | | 40 | 40 | 40 | 40 | | 160.00 | | |
| 12 | 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 | Pratt | Jerry | | 33 | | 24.5 | 32.5 | | 90.00 | | |
| 13 | 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 | Raposa | Jason | | 33 | 32 | 40 | 0 | | 105.00 | | |
| 14 | 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 | Resendes | Gilbert | | 40 | 40 | 40 | 40 | | 160.00 | | |
| 15 | 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 | Almeida | Agostinho | | 41 | 40 | 40 | 40 | | 161.00 | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT | | | | | | | | | | | |
| 23 | EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, | | | | | | | | | | | |
| 24 | INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027. | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 15
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 1828

**CONTRIBUTIONS DUE:**

| Fund | Rate | | Amount |
|---|---|---|---|
| A. PENSION FUND | @ 4.10 | PER HOUR | $ 7494.80 |
| B. HEALTH FUND | @ 5.40 | PER HOUR | $ 9871.20 |
| C. TRAINING FUND | @ .35 | PER HOUR | $ 639.80 |
| D. INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 274.20 |
| E. LEGAL SERVICES FUND | @ .00 | PER HOUR | $ 0 |
| F. ANNUITY FUND | @ 2.75 | PER HOUR | $ 5027.00 |
| G. LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 274.20 |
| H. HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 274.20 |
| I. UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 914.00 |
| J. | | | |
| K. CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 1279.60 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 24769.40
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 1279.60

**– TWO SEPARATE CHECKS REQUIRED –**

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE [signature] TITLE Controller DATE 2/23/05

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

7777 | L69 | SSUCI

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 2/26/05 | 4 |

FIRM NAME AND ADDRESS

SOUTH SHORE UTILITY
44 MARIA AVENUE
JOHNSTON RI 02919

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | Baker | John | | 40 | 41.50 | 40 | 24 | | 145.50 | | |
| 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 | Costa | Frank | | 0 | 0 | 0 | 35 | | 35- | | |
| 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 | Dasilva | Jose | | 51 | 41 | 40 | 24 | | 156- | | |
| 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 | Matteria | John | | 0 | 24 | 41.5 | 40 | | 105.50 | | |
| 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 | Pacheco | Alfred | | 40 | 40 | 40 | 40 | | 160- | | |
| 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 | Pacheco | Edward | | 57 | 40 | 42 | 40 | | 179- | | |
| 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 | Pacheco | John | | 40 | 40 | 40 | 40 | | 160- | | |
| 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 | Polak | Christopher | | 40 | 52.5 | 42 | 40 | | 174.50 | | |
| 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 | Pratt | Jerry | | 0 | 41.5 | 40 | 24 | | 105.50 | | |
| 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 | Rapoza | Jason | | 51 | 41 | 40 | 32 | | 164- | | |
| 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 | Almeida | Agostinho | | 73 | 41 | 40 | 32 | | 186- | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 11
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 1571.00

CONTRIBUTIONS DUE:

| | | | |
|---|---|---|---|
| A. PENSION FUND | @ 4.10 | PER HOUR | $ 6441.10 |
| B. HEALTH FUND | @ 5.40 | PER HOUR | $ 8483.40 |
| C. TRAINING FUND | @ .35 | PER HOUR | $ 549.85 |
| D. INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 235.65 |
| E. LEGAL SERVICES FUND | @ .00 | PER HOUR | $ |
| F. ANNUITY FUND | @ 2.75 | PER HOUR | $ 4320.25 |
| G. LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 235.65 |
| H. HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 235.65 |
| J. UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 785.50 |
| K. CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 1099.70 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 21287.05
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 1099.70

– TWO SEPARATE CHECKS REQUIRED –

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE [signature] TITLE Controller DATE 5/26/05