**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024s**

**SOUTH SHORE UTILITY**

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Plaintiff in the above-entitled action, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for entry of Default for the Plaintiff against the Defendant, South Shore Utility, for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the Affidavit immediately following this application.

Plaintiff,

By its Attorneys,

***Cota & Lepore, Ltd.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

## AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND

The undersigned, being duly sworn, upon oath deposes and states:

4

1) That he is the attorney for the Plaintiff and has personal knowledge of the facts set forth in this Affidavit;

2) That the Plaintiff on the 21st day of January, 2005 filed a Complaint in this action against the Defendant;

3) That not less than twenty (20) days have elapsed since service of the Summons and Complaint upon the Defendant;

4) That examination of the Court files and records in this action shows that the Defendant has failed to plead or otherwise defend as to the Plaintiff's Complaint; and,

5) That this Affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

Peter J. Comerford

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me in Providence, on this 26 day of May, 2005.

Notary Public
DAVID A URSILLO
Please Print Name
7/24/07
My Commission Expires:

**AFFIDAVIT AS TO COMPETENCY AND NON-MILITARY SERVICE**

The undersigned, being duly sworn, upon oath deposes and states: That the Defendant is/are not now, nor at the time of the commencement of this

action was/were, in the Military Service of the United States, as defined in Article 1 of the Soldiers' and Sailors Civil Relief Act of 1940, as amended, nor an infant(s) nor an incompetent(s) and presently has a business address at 220 Button Hole Drive, Providence, Rhode Island.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me in Providence, on this 26 day of May, 2005.

Notary Public

David A Ursillo
Please Print Name

7/24/07
My Commission Expires

**ENTRY OF DEFAULT**

It appearing that the Defendant, South Shore Utility, in the above-entitled action has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

DEFAULT is hereby entered for the Plaintiff and against the said Defendant, South Shore Utility, on this ____ day of May, 2005.

Clerk