**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-24S** **DATE: June 28, 2005**

**TITLE:** **IN RE: TRUSTEES OF THE RI LABORERS' HEALTH AND WELFARE FUND, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Peter Comerford, Esq.

**PROCEEDING:** Application to Clerk for Entry of Final Judgment

Attorney gives history of the case.

**RULING:** **Court takes under advisement. R&R to follow.**