UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRUSTEES OF RHODE ISLAND LABORERS' HEALTH AND WELFFARE FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH SHORE UTILITY, <br><br> Defendant. | C.A. No. 05-24S |

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 29 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Application for Default Judgment is GRANTED.

By Order,

/s/ Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 7/19/05