DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT: DISTRICT OF RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:
UNITED STATES DISTRICT COURT-DISTRICT OF RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
SOUTH SHORE UTILITY
44 Maria Drive
Johnston, RI

RECEIVED
JAN 03 2006
Property of U.S. District Court
District of Rhode Island

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

One Hundred Forty-seven Thousand Three Hundred Thirty-two Dollars and Fifty-eight cents ($147,332.58)

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant, South Shore Utility

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Coia & Lepore, Ltd., 226 South Main St. | Rhode Island |
| CITY: Providence, RI 02903 | DATE: |

Witness the Honorable William E. Smith
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 1/3/06 | David A. DiMarzio |
| | (BY) DEPUTY CLERK: [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE:

TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND

v. C.A. No. 05-024S

SOUTH SHORE UTILITY

**DEFAULT JUDGMENT**

Judgment is hereby entered in favor of Plaintiffs against Defendant in the amount of One Hundred Eighty-one Thousand, Three Hundred Ninety Dollars and Forty Cents ($181,390.40), plus interest from March 20, 2005 and costs in the amount of One Hundred Ninety-five Dollars ($195.00).

PER ORDER

ENTER

William E. Smith
United States District Judge
July 19, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JAN 03 2006
Property of U.S. District Court
District of Rhode Island

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024S**

**SOUTH SHORE UTILITY**

**AFFIDAVIT**

**Peter J. Comerford, duly sworn, deposes and says:**

1. I am counsel of record for the Plaintiff herein and make this affidavit of my own personal knowledge.
2. On July 19, 2005 this Court entered a default judgment in the amount of One Hundred Eighty One Thousand Three Hundred Ninety Dollars and Forty cents ($181,390.40) plus interest from March 20, 2005 and costs in the amount of One Hundred Ninety-five dollars. ($195.00).
3. The interest on that amount up to the date of the judgment amounts to Seven Thousand Two Hundred Fifty Five Dollars and Sixty Two cents, ($7255.62), for a total of One Hundred Eigthy Eight Thousand Eight Hundred Forty One Dollars and Two Cents ($188,841.02).

4. In or around July of 2005, defendant made a partial payment of Forty Eight Thousand Five Hundred Twenty Four Dollars and Twenty Seven Cents ($48,524.27), leaving a balance due of One Hundred Forty Thousand Thirty One Dollars and Seventy Five Cents ($140,316.75).

5. Plaintiff requests the issuance of an execution in that amount, plus interest from the date of the judgment in the unpaid balance, such interest amounting to Seven Thousand Fifteen Dollars and Eighty Four Cents ($7015.84), for a total of One Hundred Forty Seven Thousand Three Hundred Thirty Two Dollars and Fifty Eight Cents ($147,332.58).

Peter J. Comerford, Esq. #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me in Providence, on this 3rd day of January, 2006.

Notary Public

Janice M. Savard
Please Print Name

08/27/09
My Commission Expires: