AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Trustees of the Rhode Island Laborers' Health and Welfare Fund, et al

V.

South Shore Utility

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-024S

TO: Chad McLeod
South Shore Utility
44 Maria Drive

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 226 South Main Street, Providence, RI | Jan. 17, 2006, 2pm |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All financial books and records, contracts, payment bonds or other similar documents reflecting the assets and holdings of the defendant corporation.

| PLACE | DATE AND TIME |
|---|---|
| 226 South Main Street, Providence, RI | Jan. 17, 2006 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Peter J. Comerford 3588 Attorney for Plaintiff | December 27, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Peter J. Comerford, Esq.
Attorney for Plaintiff

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 12-27-05 | SOUTH SHORE UTILITY - 44-MARIA AVE JOHNSTON, R.I. |

SERVED ON (PRINT NAME): CHAD McLEOD

MANNER OF SERVICE: PERSONALLY

SERVED BY (PRINT NAME): GEORGE SANTOPIETRO

TITLE: CONSTABLE #6152

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 12-27-05
DATE

George Santopietro
SIGNATURE OF SERVER

15-Telford Road
ADDRESS OF SERVER
Barrington, R.I.

(CHAD MC LEON
SIGNATURE)