U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ~~TRUSTEES OF THE RHODE ISLAND LABORERS~~ | 05-024S |
| DEFENDANT | TYPE OF PROCESS |
| SOUTH SHORE UTILITY | |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITIZEN'S BANK

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
ONE CITIZENS PLAZA, PROVIDENCE, RI 02907

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PETER J. COMERFORD
COIA & LEPORE, LTD.
226 SOUTH MAIN STREET
PROVIDENCE, RI 02903

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

PLEASE ATTACH ACCOUNT NO. 0115500120 IN THE NAME OF SOUTH SHORE UTILITY CONTRACTERS, INC.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401-751-5522 | 2-1-06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | KW | 2-1-06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
JOYCE SMITH

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
1 CITIZENS PLAZA
PROVIDENCE, R.I
$45.00 N/A

| Date of Service | Time am / pm |
|---|---|
| 2/2/06 | 1312 pm |

Signature of U.S. Marshal or Deputy
C.A. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $98.01 | 200.00 | | $101.99 |

REMARKS:
1) DEPUTY, 15 MINUTES. NO MILEAGE CHARGE

[signature: Joyce Smith] 02/02/06

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

# WRIT OF EXECUTION

| United States District Court | DISTRICT: DISTRICT OF RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:
UNITED STATES DISTRICT COURT-DISTRICT OF RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
SOUTH SHORE UTILITY
44 Maria Drive
Johnston, RI

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

One Hundred Forty-seven Thousand Three Hundred Thirty-two Dollars and Fifty-eight cents ($147,332.58)

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant, South Shore Utility

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Coia & Lepore, Ltd., 226 South Main St. | Rhode Island |
| CITY: Providence, RI 02903 | DATE: April 3, 2006 |

Witness the Honorable William E. Smith
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 1/3/06 | David A. DiMarzio |
| | (BY) DEPUTY CLERK: [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 2/1/06 | 2/2/06 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C.A Moore |

Attest to True Copy
DAVID A. DiMARZIO
By [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE:

TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND

v. C.A. No. 05-024S

SOUTH SHORE UTILITY

**DEFAULT JUDGMENT**

Judgment is hereby entered in favor of Plaintiffs against Defendant in the amount of One Hundred Eighty-one Thousand, Three Hundred Ninety Dollars and Forty Cents ($181,390.40), plus interest from March 20, 2005 and costs in the amount of One Hundred Ninety-five Dollars ($195.00).

PER ORDER

ENTER

William E. Smith
United States District Judge
July 19, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024S**

**SOUTH SHORE UTILITY**

**AFFIDAVIT**

**Peter J. Comerford, duly sworn, deposes and says:**

1. I am counsel of record for the Plaintiff herein and make this affidavit of my own personal knowledge.
2. On July 19, 2005 this Court entered a default judgment in the amount of One Hundred Eighty One Thousand Three Hundred Ninety Dollars and Forty cents ($181,390.40) plus interest from March 20, 2005 and costs in the amount of One Hundred Ninety-five dollars. ($195.00).
3. The interest on that amount up to the date of the judgment amounts to Seven Thousand Two Hundred Fifty Five Dollars and Sixty Two cents, ($7255.62), for a total of One Hundred Eigthy Eight Thousand Eight Hundred Forty One Dollars and Two Cents ($188,841.02).

4. In or around July of 2005, defendant made a partial payment of Forty Eight Thousand Five Hundred Twenty Four Dollars and Twenty Seven Cents ($48,524.27), leaving a balance due of One Hundred Forty Thousand Thirty One Dollars and Seventy Five Cents ($140,316.75).

5. Plaintiff requests the issuance of an execution in that amount, plus interest from the date of the judgment in the unpaid balance, such interest amounting to Seven Thousand Fifteen Dollars and Eighty Four Cents ($7015.84), for a total of One Hundred Forty Seven Thousand Three Hundred Thirty Two Dollars and Fifty Eight Cents ($147,332.58).

Peter J. Comerford, Esq. #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

STATE OF RHODE ISLAND
PROVIDENCE, SC

Subscribed and sworn to before me in Providence, on this 3rd day of January, 2006.

Notary Public
Janice M. Savard
Please Print Name
08/27/09
My Commission Expires: