U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF TRUSTEES OF THE RHODE ISLAND LABORERS | COURT CASE NUMBER 05-024S |
| DEFENDANT SOUTH SHORE UTILITY | TYPE OF PROCESS EXECUTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SOUTH SHORE UTILITY

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
139 KING PHILIP STREET, JOHNSTON, RI 02919

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PETER J. COMERFORD
COIA & LEPORE, LTD.
226 SOUTH MAIN STREET
PROVIDENCE, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (401) 751-5522 | 3/1/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kawa | 3/3/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
LONNIE SOUSA - OFFICE MANAGER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)
44 MARIA ST.
JOHNSTON. RI.

Date of Service: 3/6/06 Time: 1037 am / pm

Signature of U.S. Marshal or Deputy: C. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 90.00 | $ 5.34 | | $ 95.34 | $ 150.00 | | $ 54.66 |

REMARKS:
Lonnie Sousa 3/6/2006
(2 DEPUTYS)(12 MILES) round trip (1 1/2 HR) SERVED C. MOORE 3/6/06 1037 Totals

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# WRIT OF EXECUTION

**United States District Court**

DISTRICT: DISTRICT OF RHODE ISLAND

TO THE MARSHAL OF:
UNITED STATES DISTRICT COURT-DISTRICT OF RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
SOUTH SHORE UTILITY
44 Maria Drive
Johnston, RI

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT | DOLLAR AMOUNT

One Hundred Forty-seven Thousand Three Hundred Thirty-two Dollars and Fifty-eight cents ($147,332.58)

in the United States District Court for the ____________ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant, South Shore Utility

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Coia & Lepore, Ltd., 226 South Main St. | Rhode Island |
| CITY | DATE |
| Providence, RI 02903 | April 3, 2006 |

Witness the Honorable William E. Smith
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 1/3/06 | David A. DiMarzio |
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 3/3/06 | 3/6/06 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C. A Moore |

Attest to True Copy
DAVID A. DIMARZIO