**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 2 0 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024S**

**SOUTH SHORE UTILITY**

**Consent Order**

The Plaintiffs in the above-entitled action have attached certain funds of the Defendant, in the amount of $147,332.58, held by it in an account in Citizen's Bank bearing account number 0115500120. Citizen's Bank is hereby authorized and directed to disburse those funds to the plaintiff in full satisfaction of the execution issued herein. Upon payment of such funds, this action shall be thereby dismissed with prejudice, no interest, no costs.

Enter: WSmm 3/28/06

Per order: [signature]

Consented to:

Plaintiffs,
By their attorney,

[signature]
Peter J. Comerford #3588
Coia & Lepore
226 South Main Street
Providence, R.I. 02903
401.751.5522

Defendant,
by its attorney,

[signature]
Joseph DeAngelis
Tillinghast Licht LLP
Ten Weybosset Street
Providence, R.I. 02903
401.456.1200