**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
APR 12 2006
Property of U.S. District Court
District of Rhode Island

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-024S**

**SOUTH SHORE UTILITY**

**Dismissal Stipulation**

The above entitled action is hereby dismissed with prejudice, no interest, no costs.

Plaintiffs,
By their attorney,

Peter J. Comerford 3588
Coia & Lepore
226 South Main Street
Providence, R.I. 02903
401.751.5522

Defendant,
By its attorney

Joseph DeAngelis
Tillinghast Licht
10 Weybosset Street
Providence, R.I. 02903
401.456.1200

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/12/06